In the Matter of SWIRE BUILDING CORP., Appellant, against HARRIS H. MURDOCK et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.— In a proceeding to review the determination of respondents in denying petitioner's application for a variance, the appeal is from (1) an order, dated December 11, 1953, granting respondents' motion to vacate the order of certiorari, dismissing the petition and confirming said determination; (2) that portion of the decision, made on petitioner's motion for reargument of the said motion, as adheres to the original determination, and (3) that portion of the order on said reargument which adheres to the original decision. Order on reargument, insofar as appealed from, unanimously affirmed, with $10 costs and disbursements. No opinion. Appeal from order, dated December 11, 1953, dismissed, without costs. Appeal from decision dismissed, without costs. No appeal lies from a decision. Present — Nolan, P. J., Wenzel, Schmidt, Beldock and Murphy, JJ.

∎

THOMAS J. KELLY, Respondent, v. WILLIAM P. GRANT, Individually and Doing Business as GRANT PLYWOOD AND DIMENSION CO., Appellant.— Action to recover on a contract to pay to plaintiff a portion of commissions on sales made by him. Judgment for plaintiff unanimously affirmed, with costs. The plaintiff was entitled to his contractual share of the commissions received by defendant even though the contract had been terminated. He had earned his share of these commissions prior to such termination. Present — Nolan, P. J., Wenzel, MacCrate, Schmidt and Murphy, JJ.